# Court of Appeals
# of the State of Georgia

ATLANTA,   January 07, 2013

*The Court of Appeals hereby passes the following order:*

## A13A0628. CARLTON MICHAEL GARY v. CARL HUMPHREY, WARDEN, et al.

Calrton Michael Gary filed this direct appeal from the trial court's order denying the filing of his motion for injunctive relief.[1]  Because Gary is a prison inmate, the Prison Litigation Reform Act applies.  OCGA § 42-12-3 (1).  The Act provides that appeals "of all actions filed by prisoners shall be as provided in Code Section 5-6-35," that is, by application requesting a discretionary appeal.  OCGA § 42-12-8.  Gary failed to follow the discretionary appeal procedure required by law.  "The requirements of OCGA § 5-6-35 are jurisdictional and this court cannot accept an appeal not made in compliance therewith."  *Boyle v. State of Georgia*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Accordingly, this appeal is hereby ordered DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 01/07/2013
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Gary filed his notice of appeal in the Supreme Court, which transferred the case to this Court.